THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR 1 1 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| HILARIA CANO, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA 01 CA 0610 EP |
| | § | |
| EVEREST MINERALS CORPORATION, et al. | § | SA04CA0352 |
| | § | |
| | § | |
| Defendants. | § | XR |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Plaintiffs' and Defendants Cogema Mining, Inc., Viacom Inc., f/k/a Westinghouse Electric Corporation, Everest Minerals Corporation and Everest Exploration, Inc.'s (collectively "Settling Defendants") Agreed Motion to Dismiss. The Court, being fully advised, finds that all claims alleged by Plaintiffs against Settling Defendants have been compromised and settled by and between these parties. The Court also finds that the Plaintiffs and the Settling Defendants, as a result of the settlement, agree that all claims and causes of action alleged by any and all Plaintiffs against the Settling Defendants should be dismissed with prejudice and that the Plaintiffs should be precluded from making any future claims against the Settling Defendants as set forth below. The Court is of the opinion that the Agreed Motion should be granted.

It is, therefore, ORDERED, that all claims and causes of action brought by the Plaintiffs against the Settling Defendants are hereby dismissed with prejudice;

It is further ORDERED, that the Plaintiffs are precluded from making any future claims against the Settling Defendants for personal injuries or deaths as a result of any alleged exposures of the Plaintiffs or their decedents as alleged in Plaintiffs' Fourth Amended Original Complaint filed in this case; and

It is further ORDERED, that all costs shall be borne by the party incurring same.

SIGNED this _11th_ day of _March_, 2003.

(docket entry #115)

_____
EDWARD C. PRADO
U.S. District Judge


AGREED AND ENTRY REQUESTED:

REICH & BINSTOCK

By: _____
Dennis C. Reich
TBA No. 16739600
Michael T. Howell
TBA No. 24009308
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724


GRAYSON & HOVENKAMP
Mark A. Hovenkamp
TBA No. 10059820
John L. Grayson
TBA No. 08341500
1001 McKinney, Suite 1000
Houston, Texas 77002
Telephone: (713) 739-0058
Facsimile: (713) 739-0059


ATTORNEYS FOR PLAINTIFFS


BRACEWELL & PATTERSON, L.L.P.

By: _____
B. Thomas Cook
State Bar No. 04721500
2900 South Tower Pennzoil Place
711 Louisiana Street
Houston, Texas 77002
Telephone: (713) 221-1104
Telecopy: (713) 221-2180

ATTORNEYS FOR DEFENDANT,
COGEMA MINING, INC.


GARY, THOMASSON, HALL & MARKS

By: _____
Gordon D. Laws
TBA No. 12057650
210 S. Carancahua
P.O. Box 2888
Corpus Christi, Texas 78403
Telephone: (361) 884-1961
Facsimile: (361) 889-5100

ATTORNEYS FOR DEFENDANTS
EVEREST EXPLORATION, INC. AND
EVEREST MINERALS CORPORATION

RAY, VALDEZ, MC CHRISTIAN
& JEANS, P.C.


By: _____
     Brian D. Metcalf
     TBA No. 13974900
     9311 San Pedro, Suite 700
     San Antonio, Texas 78216
     Telephone: (210) 341-3554
     Facsimile: (210) 341-3557

ATTORNEYS FOR DEFENDANTS
VIACOM INC., SUCCESSOR BY
MERGER TO CBS CORPORATION,
F/K/A/ WESTINGHOUSE ELECTRIC
CORPORATION

COOKBT\013851\000010
HOUSTON\1490906.wpd

-3-